# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-03129-02-CR-S-SRB |
| ) | |
| AMBER MARIE BALEY, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE COMPETENCY HEARING

Comes now Defendant, Amber Marie Baley, by counsel, and hereby moves that the competency hearing scheduled at 10:00 a.m. on Feburary 17, 2021, be continued to March 1, 2021, or such later date deemed appropriate by the Court.

Undersigned counsel was informed that Defendant was placed in quarantine for fourteen days, commencing on Sunday, February 14, 2021, due to being exposed to someone who tested positive for COVID-19.

The request is made to follow CDC Guidelines and to hopefully limit potential exposure of others to COVID-19. *See https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine.html* [last accessed February 16, 2021].

Undersigned counsel has conferred with Assistant United States Attorney Ami Harshad Miller, who stated that given the basis for the request, she does not oppose the requested continuance.

WHEREFORE, Defendant, Amber Baley, hereby moves that the competency hearing scheduled at 10:00 a.m. on Feburary 17, 2021, be continued to March 1, 2021, or

such later date deemed appropriate by the Court.

Respectfully submitted,

*/s/ Michelle Nahon Moulder*
**MICHELLE NAHON MOULDER, #40516**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

February 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/Michelle Nahon Moulder*
**MICHELLE NAHON MOULDER**
