IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 20-CR-03129-SRB-02 |
| AMBER MARIE BALEY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation recommending Defendant Amber Marie Baley be found competent to stand trial under 18 U.S.C. § 4241. (Doc. #111.) Neither party filed objections to the Report and Recommendation. After an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Rush's Report and Recommendation (Doc. #111).

**IT IS SO ORDERED**.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2022